WALTER NICHOLS, PLAINTIFF IN ERROR, v. H. H. LEWIS, SHERIFF, DEFENDANT IN ERROR.

> The concurrence of a majority of the members of the Supreme Court sitting as one body is necessary to a decision; but where the members of the court sitting in a cause on writ of error or appeal are equally divided, the judgment of the lower court should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51.

This case was decided by the Court En Banc.

Writ of error to the Circuit Court for Jackson County.

*Benj S. Liddon and Buford & Watson,* for Plaintiff in Error.

*W. H. Ellis,* Attorney General, and *J. Walter Kehoe,* State Attorney for First Judicial Circuit, for the Defendant in Error.

PER CURIAM: In this case Mr. Chief Justice Shackleford, Mr. Justice Parkhill and Mr. Justice Whitfield are of opinion that the judgment should be reversed, while Mr. Justice Taylor, Mr. Justice Cockrell and Mr. Justice Hocker are of opinion that the judgment should be affirmed. Under these circumstances, upon the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51, the judgment should be affirmed and it is so ordered.